# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-100

**Motion for:** Extension of Time to File Brief of Defendant-Appellee

**Caption [use short title]**

SUSAN I. HEATH,

Plaintiff-Appellant,

v.

ECOHEALTH ALLIANCE, INC.,

Defendant-Appellee.

Set forth below precise, complete statement of relief sought:

Owing to a medical issue affecting the principal attorney preparing the brief, Appellee seeks a one-week extension of its time to file, from April 15, 2025 to April 22, 2025. Counsel for Appellant consents on the understanding that appellee agrees to an additional week for the reply brief.

**MOVING PARTY:** EcoHealth Alliance, Inc.    **OPPOSING PARTY:** Susan I. Heath

☐ Plaintiff    ☒ Defendant
☐ Appellant/Petitioner    ☒ Appellee/Respondent

**MOVING ATTORNEY:** Michael J. Grudberg, Esq.    **OPPOSING ATTORNEY:** Patricia Finn, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Tarter Krinsky & Drogin LLP
1350 Broadway, New York, NY 10018
212 216-8035, mgrudberg@tarterkrinsky.com

275 North Middletown Road, Suite 1E
Pearl River, NY 10965
845 398-0521, patriciafinnattorney@gmail.com

Court- Judge/ Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed    ☐ Opposed    ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes    ☒ No    ☐ Don't Know

Is the oral argument on motion requested?    ☐ Yes    ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes    ☒ No   If yes, enter date:

**Signature of Moving Attorney:**
Michael J. Grudberg   **Date:** April 14, 2025   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| SUSAN I. HEATH, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ECOHEALTH ALLIANCE, INC., <br><br> Defendant-Appellee. | No. 25-100 |

**DECLARATION OF MICHAEL J. GRUDBERG
IN SUPPORT OF MOTION TO EXTEND FILING DATE**

I, MICHAEL J. GRUDBERG, hereby declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner of Tarter Krinsky & Drogin LLP, counsel for Defendant-Appellee EcoHealth Alliance, Inc. ("EcoHealth"). I submit this declaration in support of EcoHealth's motion for a one-week extension to file its brief on the instant appeal.

2. The brief for Defendant-Appellee is currently due April 15, 2025. There has been no prior application to enlarge the time for Defendant-Appellee to file.

3. My colleague Juan Olivo has taken principal responsibility for preparing Defendant-Appellee's brief in the matter (and many motions and

007578\22\171148195.v1

2

pleadings in similar actions brought against EcoHealth since 2023). Mr. Olivo had a household accident this weekend and is experiencing concussion symptoms. Owing to his temporary unavailability Defendant-Appellee is seeking a short extension, to April 22, 2025, to divert work on the brief to other firm attorneys and to allow Mr. Olivo time to finalize the document and consult with the client prior to filing.

4. I have contacted counsel for Plaintiff-Appellant, Patricia Finn. Ms. Finn has communicated that she does not oppose the relief requested herein, on the understanding that Plaintiff-Appellant would receive a commensurate extension for reply, such that her reply time would not be diminished, a condition to which movant agrees.

I declare under penalty of perjury that the foregoing is true and correct.

April 14, 2025
New York, New York

                                            */s/ Michael J. Grudberg*
                                                   Michael J. Grudberg

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and Second Circuit Local Rule 27.1 because this motion is 273 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word, Times New Roman, in 14-point font.

Dated:  April 14, 2025

                                                         */s/ Michael J. Grudberg*
                                                         Michael J. Grudberg

## **CERTIFICATE OF SERVICE**

I further certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate ACMS system. I certify that all participants are registered ACMS users, and that service will be accomplished by the appellate ACMS system.

Dated: New York, New York
April 14, 2025

By: */s/ Michael J. Grudberg*
Michael J. Grudberg

007578\22\171148195.v1