# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of April, two thousand twenty-five.

Before:     José A. Cabranes,
                *Circuit Judge.*

_____

| | |
|---|---|
| Susan I. Heath, Proposed Representative of the Estate of Henry A. Hurst, III, Deceased, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 25-100 |
| v. | |
| Eco Health Alliance, | |
|     Defendant - Appellee. | |

_____

    Appellee moves for a seven-day extension of time, to April 22, 2025, to file its brief.

    IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court